IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-139-FL-4

| | |
|---|---|
| SAUL CAVILLO ROJAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondents. ) | |

This matter is before the court on petitioner's motion (DE 459) to correct an alleged clerical error in the court's January 4, 2010, judgment. Petitioner argues that the judgment should be amended because it provides a sentence for counts 1, 4, and 9, but "the court previously dismissed the counts 1, 4, and 9." (Motion (DE 459) at 1). Petitioner's argument, however, is without merit. Petitioner was charged with counts 1, 2, 4, and 9 in original indictment filed on December 3, 2008. Petitioner was charged with new counts 1, 2, 3, 4, 9, 10, and 15 in superseding indictment filed May 7, 2009, the counts of which petitioner was adjudicated guilty and sentenced on January 4, 2010. While the court noted on the docket sheet dismissal of counts 1, 4, and 9, of the original indictment, the judgment correctly reflects adjudication of guilty on counts 1, 4, and 9, of the superseding indictment, along with counts 2, 3, 10, and 15 of the superseding indictment. Therefore, petitioner's motion is DENIED.

SO ORDERED, this the 12th day of July, 2018.

LOUISE W. FLANAGAN
United States District Judge